**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EUGENE THOMAS, | No. C 15-264 SI (pr) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| RONALD DAVIS, warden, | |
| Respondent. | |

Michael Eugene Thomas, an inmate at San Quentin State Prison, has filed a petition for writ of habeas corpus to challenge his conviction from the Kern County Superior Court. Kern County lies within the venue of the Eastern District of California. The facility Thomas is incarcerated at is in Marin County, within the venue of the Northern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* N. D. Cal. Habeas L.R. 2254-3(b). Because the conviction occurred in the Eastern District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: January 22, 2015

SUSAN ILLSTON
United States District Judge